UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**                    JS-6

Case No.    8:26cv00497 CAS (DFMx)                    Date:  July 6, 2026

Title    *WILLIAM ARTHUR SASSMAN, II v. TRANS UNION, LLC; ET AL.*

Present: The Honorable:    CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) – JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION [32] (Filed July 6, 2026); AND

NOTICE OF SETTLEMENT AS TO ONLY DEFENDANT COLUMBIA DEBT RECOVERY LLC D/B/A GENESIS [31] (Filed June 23, 2026)

The Court is in receipt of the Joint Stipulation of Voluntary Dismissal With Prejudice as to Defendant Trans Union [32] filed July 6, 2026.  The Court is also in receipt of the Notice of Settlement as to Only Defendant Columbia Debt Recovery LLC *doing business as* Genesis on or about June 23, 2026. Therefore, defendant Columbia Debt Recover LLC *doing business as* Genesis being the last remaining defendant,

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing settlement status within **30 days** and every quarter thereafter until a stipulation for dismissal of defendant Columbia Debt Recovery LLC *doing business as* Genesis is filed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**                         **JS-6**

Case No.    8:26cv00497 CAS (DFMx)                         Date:  July 6, 2026

Title     *WILLIAM ARTHUR SASSMAN, II v. TRANS UNION, LLC; ET AL.*

    This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All dates in this action are hereby **VACATED**.

    IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |